STATE OF NEW JERSEY v. ANTHONY J. MORRIS.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY PETRILLO.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD D. TUCKER.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN TROMPEN.

June 3, 1986.

Petition for certification denied.

MARY T. GOLCZEWSKI v. LAWRENCE J. GOLCZEWSKI.

June 3, 1986.

Petition for certification denied.